UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            Case No. 8:03-cr-277-T-30TBM

**MILKINTAS ARUNAS**
_____

## ORDER

A Jury Verdict (Dkt. #730) of guilty as to Counts One and Two of the Indictment was rendered against the above-named Defendant on February 18, 2005. Judgment (Dkt. #765) was entered accordingly on May 31, 2005. It has come to the Court's attention that the Defendant's name ("Milkintas Arunas") was listed incorrectly on the original Indictment as well as on the Clerk of Court's records. The United States Court of Appeals has requested that the District Court correct its records. It is therefore

ORDERED AND ADJUDGED that the Clerk shall correct its records to indicate the correct name of said Defendant: **ARUNAS MILKINTAS**.

**DONE** and **ORDERED** in Tampa, Florida on November 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office

F:\Docs\2003\03-cr-277.correct name Arunas.frm